Youssef H. Hammoud (SBN:321934)
**THE CREDIT ATTORNEY, P.C.**
601 N Park Center Suite #202
Santa Ana, CA, 92705
T: 949-301-9692
F: 949-301-9693
E: yhammoud@thecreditattorney.com

*Attorney for Plaintiff,*
*Katie McColm*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE MCCOLM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FROST-ARNETT COMPANY,<br><br>　　　　　　　Defendants. | **Case No.:** 5:25-cv-01327-KK-AS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT FROST-ARNETT COMPANY** |

　　　NOTICE IS HEREBY GIVEN that Plaintiff Katie McColm ("Plaintiff") and Defendant Frost-Arnett Company ("Frost") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant Frost within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant Frost. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: August 22, 2025 | By: */s/ Youssef H. Hammoud* |
|   | Youssef H. Hammoud  (SBN: 321934) |
|   | **THE CREDIT ATTORNEY, P.C.** |
|   | 601 N Park Center Suite #202 |
|   | Santa Ana, CA, 92705 |
|   | T: 949-301-9692 |
|   | F: 949-301-9693 |
|   | E: yhammoud@thecreditattorney.com |
|   |   |
|   | Attorney for Plaintiff |
|   | Katie McColm |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


*/s/ Zion Levi*