# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE MCCOLM<br><br>　　　Plaintiff,<br><br>v.<br><br><br>FROST-ARNETT COMPANY<br><br>　　　Defendants. | Case No.: 5:25-cv-01327-KK-AS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT FROST-ARNETT COMPANY** |

Upon review of the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Frost-Arnett Company and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Frost-Arnett Company only.

**IT IS ORDERED.**

Dated: september 23, 2025

Honorable Kenly Kiya Kato
United States District Judge